IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CARLA CHILDS, as Special Administrator of the Estate of ETHEL KIRK, and on behalf of Herself and Others Similarly Situated,** )<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | |
| ) | |
| v.  ) | Case No. 10-CV-23-PJC |
| ) | |
| **UNIFIED LIFE INSURANCE CO., And MOBILECARE 2U LLC,** )<br>)<br>) | |
| **Defendants.** ) | |

## JUDGMENT

Following Fairness Hearing on the proposed settlement of this matter the Court has approved the class settlement.  Therefore, JUDGMENT is hereby entered in favor of the Plaintiffs and against the Defendants as set forth in the *Order and Final Judgment Granting:  Final Approval of Settlement Class Certification, Final Approval of Class Action Settlement, Approval of Class Counsel's Attorney Fees and Expenses, and Approval of Class Representative's Incentive Award* ("Order and Final Judgment") which is filed contemporaneously herewith.  Pursuant to the settlement outlined in the Order and Final Judgment, this case is dismissed with prejudice.  Plaintiff class will receive compensation, attorney fees, reimbursement of expenses and incentive award as set forth in the Order and Final Judgment.

DATED this 21st day of August 2012.

_____
Paul J. Cleary
United States Magistrate Judge